397 A.2d 1251

Commonwealth v. Wible, Appellant.

Petition for Allowance of Appeal Denied March 1, 1979.

Submitted March 13, 1978. E. Franklin Martin, Assistant Public Defender, for appellant; George S. Glen, Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

SPAETH, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.

397 A.2d 1245

Ludwig v. Ludwig, Appellant.

Argued December 6, 1978. William T. Smith, for appellant; Bruce D. Desfor, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.